# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WILLIE MOORE, JR.,
ADC #143534                                                                                          PLAINTIFF

V.                                      3:09CV00024BSM/HLJ

ZANE BOYD, et al.                                                                                 DEFENDANTS

## ORDER

Plaintiff Willie Ervin Moore has submitted a letter in which he supplies his correct or complete name. (DE #3). The Clerk is directed to change the style of the case to reflect the correct name of plaintiff.

In addition, plaintiff mailed to the Clerk "Proof of evidence" for this lawsuit, which consists of unidentifiable pieces of small green plastic he refers to as pills. Plaintiff is hereby directed to refrain from sending physical "evidence" to the Court. In addition, plaintiff is notified that the pieces of green plastic will not be forwarded back to him and will be destroyed.

IT IS SO ORDERED this 21st day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE