IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE ERVIN MOORE,                                                                                  PLAINTIFF
ADC #143534

v.                                          3:09CV00024BSM/HLJ

ZANE BOYD, et al.                                                                                   DEFENDANTS

ORDER

Plaintiff was granted authority to proceed in forma pauperis by order dated May 29, 2009 (DE #11).  Plaintiff, however, was directed to file an amended complaint within thirty days of the date of the order because it was determined that his complaint was too vague and conclusory to discern whether it was frivolous, failed to state a claim, or stated a legitimate cause of action.  Plaintiff was also advised that failing to amend the complaint would result in its dismissal without prejudice.  A copy of the order was mailed to plaintiff, but was returned to sender (DE #13, 14).  Therefore, on June 10, 2009, the order was re-mailed to plaintiff at his new address (DE #15).  Plaintiff, however, has failed to amend the complaint.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . .  If any communi-cation from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

1

For these reasons, plaintiff's complaint will be dismissed without prejudice.

IT IS, THEREFORE, ORDERED that the complaint filed herein (DE #1) is dismissed without prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 27th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE