IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE ERVIN MOORE,
ADC #143534                                                                                          PLAINTIFF

v.                                      3:09CV00024BSM/HLJ

ZANE BOYD, et al.                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 27th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE